**Cleavon L. ALLEN, Plaintiff–Appellant,**

v.

**Charles KING, J. Ford, et al., Defendants–Appellees.**

**No. 07–11319**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 28, 2008.

Cleavon L. Allen, Avon Park, FL, pro se.

▮

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Appellant, a Florida prison inmate, brought this action for damages under 42 U.S.C. § 1983 against the appellee police officers for allegedly using excessive force in arresting him on August 26, 1997. The district court, acting *sua sponte*, dismissed his complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) on the ground that his claim is barred by Florida's four-year statute of limitations. He now appeals the court's ruling.

There is no specific statute of limitations period for actions brought under § 1983. *Owens v. Okure*, 488 U.S. 235, 239, 109 S.Ct. 573, 576, 102 L.Ed.2d 594 (1989). Instead, the statute of limitations period for § 1983 claims is determined by the state's statute of limitations for personal injury claims. *Id.* at 240–41, 109 S.Ct. 573. "Florida's four-year statute of limitations [period] applies to" § 1983 claims. *Chappell v. Rich*, 340 F.3d 1279, 1283 (11th Cir.2003).

Appellant's § 1983 claim arose on August 26, 1997. He delivered his law suit to prison officials for filing on September 6, 2006, nine years later. His claim is time-barred.

AFFIRMED.